DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Brunson<br><br>Case below:<br>165 N.C. App. 667 | No. 435P04 | 1. AG's Motion for Temporary Stay<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 (COA03-240)<br><br>4. Motion by Def. to Lift Stay | 1. Allowed<br>**08/23/04**<br><br>2. Denied<br>10/06/04<br><br>3. Denied<br>10/06/04<br><br>4. Allowed<br>10/06/04 |
| State v. Call<br><br>Case below:<br>Ash County<br>Superior Court | No. 341A96-4 | Def's PWC to Review the Order of the Superior Court | Denied<br>10/06/04 |
| State v. Canupp<br><br>Case below:<br>165 N.C. App. 544 | No. 390P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1428) | Denied<br>10/06/04 |
| State v. Carter<br><br>Case below:<br>165 N.C. App. 275 | No. 409P04 | 1. Def's NOA Based Upon a Substantial Constitutional Question<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 (COA03-318)<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04 |
| State v. Clark<br><br>Case below:<br>164 N.C. App. 780 | No. 358P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-812) | Denied<br>10/06/04 |
| State v. Cogdell<br><br>Case below:<br>165 N.C. App. 368 | No. 447P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-605) | Denied<br>10/06/04 |
| State v. Daniels<br><br>Case below:<br>164 N.C. App. 558 | No. 340P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-450) | Denied<br>10/06/04 |
| State v. Davis<br><br>Case below:<br>Buncombe County<br>Superior Court | No. 109A98-2 | Def's PWC to Review the Order of the Superior Court | Denied<br>10/06/04 |